# UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

310 U.S. COURTHOUSE
517 E. WISCONSIN AVENUE
MILWAUKEE, WISCONSIN 53202

Chambers of
Rudolph T. Randa
Chief Judge

TEL: 414-297-3071
FAX: 414-297-3069

March 31, 2005

Mr. Bruce A. Olson
Davis & Kuelthau
318 South Washington Street
Suite 300
Green Bay, Wisconsin 54305-1534

Ms. Carla O. Andres
Godfrey & Kahn SC
333 Main Street - Suite 600
P.O. Box 13067
Green Bay, Wisconsin 54307-3067

Mr. Michael R. Gray
Gray Plant Mooty Mooty & Bennett
500 IDS Center
80 South Eighth Street
Minneapolis, Minnesota 55402

Mr. Donald L. Romundson
LaFollette Godfrey & Kahn
1 East Main Street - Suite 500
P.O. Box 2719
Madison, Wisconsin 53701-2719

Re: ServiceMaster Residential/Commercial Services, L.P., et al. v. Harold J. Luedtke, et al.
Case No. 01-C-165

Dear Counsel:

In a letter dated October 22, 2004, attorney Bruce A. Olson advised the Court that the parties settled the above-entitled action and a stipulation and order was in the process of being circulated.

To date, a *Stipulation and Order for Dismissal* has not been forwarded to the Court. If the case has in fact settled, please submit a *Stipulation and Order for Dismissal* promptly. If the case has not settled, please advise Judge Randa of the status of this case within 20 days of the date of this letter. Thank you.

Sincerely,

s/ Linda M. Zik
Deputy Clerk to the
Hon. Rudolph T. Randa
Chief Judge